## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 19-CV-80029

Plaintiff:
**Maria Leyva-Leal**

vs.

Defendant:
**New York and Company, Inc.**

For:
Alberto Leal
The Leal Law Firm P.A.
9314 Forest Hill Blvd #62
Wellington, FL 33411

Received by Action Process & Investigations, LLC on the 10th day of January, 2019 at 6:54 am to be served on **NEW YORK AND COMPANY, INC. BY SERVICE OF REGISTERED AGENT CT CORPORATION SYSTEM, 1200 S. PINE ISLAND ROAD, PLANTATION, FL 33324**.

I, Roy James Bates, do hereby affirm that on the **10th day of January, 2019 at 4:45 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summon in a Civil Action; Complaint for Permanent Injunction Requiring Changes to Corporate Policy and the Elimination of Digital Access Barriers Pursuant to 42 U.S.C. 12188(a)(2)** with the date and hour of service endorsed thereon by me, to: **Donna Moch** as **As an Employee of CT Corp, As Registered Agent** for **NEW YORK AND COMPANY, INC.**, at the address of: **1200 S. PINE ISLAND ROAD, Suite # 250, PLANTATION, FL 33324**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 52, Sex: F, Race/Skin Color: White, Height: 5'8", Weight: 140, Hair: Dark Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served. Under penalties of perjury, I declare that I have read the foregoing document and the facts stated in it are true. No Notary required pursuant to F.S.92.525(2)

Roy James Bates
SPS 1383

Action Process & Investigations, LLC
3604 36th Way
West Palm Beach, FL 33407
(561) 667-2037

Our Job Serial Number: APO-2019000021

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V7.2m

Action Process and Investigations
3604 36th Way
West Palm Beach, FL 33407
Phone: (561) 899-3164

**INVOICE**

Invoice #APO-2019000021
1/11/2019



Alberto Leal
The Leal Law Firm P.A.
9314 Forest Hill Blvd #62
Wellington, FL 33411

**Case Number: Southern 19-CV-80029**

Plaintiff:
**Maria Leyva-Leal**

Defendant:
**New York and Company, Inc.**

Received: 1/10/2019   Served: 1/10/2019 4:45 pm   CORPORATE
To be served on: NEW YORK AND COMPANY, INC. BY SERVICE OF REGISTERED AGENT CT CORPORATION SYSTEM

ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Local) | 1.00 | 50.00 | 50.00 |

TOTAL CHARGED: $50.00

BALANCE DUE: $50.00

PAYMENT IS DUE UPON RECEIPT OF INVOICE.

PLEASE PAY FROM THIS INVOICE, NO STATEMENT WILL BE SENT. THANK YOU FOR YOUR BUSINESS

Page 1 / 1

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V7.2g